*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 18, 2014                518455
_____

In the Matter of the Claim of
    SARAH E. GAYLORD,
                        Appellant.

                                            MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Peters, P.J., Stein, McCarthy, Egan Jr. and Clark, JJ.

                        _____

        Patricio Jimenez, Hammondsport, for appellant.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowitz of counsel), for respondent.

                        _____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed May 13, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because her employment was terminated due to misconduct.

        Decision affirmed.   No opinion.

        Peters, P.J., Stein, McCarthy, Egan Jr. and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court